**No. 62776.**—Elite Sales Corp. v. United States, protest 290957–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

**No. 62777.**—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc. v. United States, protest 317976–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Aladdin" rail lubricators similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.*, and *Daniel F. Young, Inc.* v. *United States* (33 Cust. Ct. 68, C.D. 1637), the claim of the plaintiffs was sustained.

**No. 62778.**—John S. Connor v. United States, protest 58/7665 (Baltimore).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.